UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA UCHE AJULUCHUKU,

    Plaintiff,

  v.

DORSEY & WHITNEY, LLP,

    Defendant.

Case No. C04-2484 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

    This Matter is before the Court on the Report and Recommendation of Magistrate Judge Theiler; on the Court's own Motion, and on the following Motions of the parties: Plaintiff's Motion to Change Venue [Dkt. #7], and Plaintiff's Motion to Remove Temporary Restraining Order [Dkt. #9]. On February 7, 2005, this Court entered a Temporary Restraining Order staying this case for review by the court. [Dkt. #6]

    The Court has reviewed the Report and Recommendation, Plaintiff's Complaint, and the record in this litigation. The Complaint is frivolous on its face, and the Court therefore ADOPTS the Report's Recommendation that the Plaintiff's in forma pauperis application be Denied, and that the matter be Dismissed.

    //

    /

ORDER - 1

1   For these reasons, the Plaintiff's Complaint is DISMISSED. All other pending Motions are
2  DENIED AS MOOT.

4   DATED this 14th day of September, 2005.

        RONALD B. LEIGHTON
        UNITED STATES DISTRICT JUDGE

ORDER - 2